DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863
Facsimile:    (415) 554-3837
E-Mail:        sean.connolly@sfgov.org

Attorneys for Defendants,
CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHAWN MYERS and SARAH MYERS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers and employees, DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. C08-01163 EMC<br><br>**PROOF OF SERVICE OF DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND CHIEF HEATHER FONG'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>Trial Date:　　　　None set |
|---|---|

PROOF OF SERVICE -- ANSWER
CASE NO.  C08-01163 EMC

1

n:\lit\li2008\080047\00480155.doc

**PROOF OF SERVICE**

I, Pamela Cheeseborough, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On April 23, 2008, I served the following document(s):

**DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND CHIEF HEATHER FONG'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

on the following persons at the locations specified:

Matthew C. Mani, Esq.
Freitas McCarthy MacMahon & Keating LLP
1108 Fifth Avenue, Third Floor
San Rafael, CA  94901
Telephone:  (415) 456-7500
Facsimile:  (415) 456-0266
(Counsel for Plaintiffs SHAWN MYERS and SARAH MYERS)

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached** or ☐ **will be filed separately with the court.**

☒ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed April 23, 2008, at San Francisco, California.

                                                       s/Pamela Cheeseborough
                                                       Pamela Cheeseborough