**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————
www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                           415.522.2000

## April 28, 2008

**CASE NUMBER:  CV 08-01163 EMC**
**CASE TITLE:  SHAWN MYERS-v-CITY AND COUNTY OF SAN FRANCISCO**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/28/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                                    Entered in Computer 4/28/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                          Transferor CSA