MATTHEW C. MANI, ESQ., (CA State Bar No. 172679)
FREITAS McCARTHY MacMAHON & KEATING, LLP
1108 Fifth Avenue, Third Floor
San Rafael, CA 94901
Telephone: (415) 456-7500
Telecopier: (415) 456-0266
E-mail: mmani@freitaslaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SHAWN MYERS and SARAH MYERS, | Case No.  C 08-01163 EMC |
| Plaintiffs,<br>v. | PROOF OF SERVICE OF SUMMONS AND COMPLAINT |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers and employees DOES 1 through 50, inclusive,<br><br>Defendants.                              / | |

I am a resident of the United States, County of Marin, over 18 years of age, and not a party to the within action.  My business address is 1108 Fifth Avenue, Third Floor, San Rafael, California 94901, which is located in the County of Marin, where the service described below took place.

On May 13, 2008, I served a true copy of the within:

- Summons issued February 27, 2008;
- Complaint for Damages For Violation Of Civil Rights filed February 27, 2008;
- Order Setting Initial Case Management Conference And ADR Deadlines;
- Standing Order For Civil Practice In Cases Assigned For All Purposes To

00045988.DOC

Magistrate Judge Edward M. Chen;
- Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement;
- Welcome To The U.S. District Court, San Francisco Guidelines
- Notice Of Assignment Of Case To A United States Magistrate Judge For Trial;
- Consent To Proceed Before A United States Magistrate Judge;
- Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge
- U.S. District Court Northern California ECF Registration Information Handout

on Defendant Jesse Serna and Defendant Gary Moriyama in this action as follows:

Sean F. Connolly, Per Agreement
San Francisco Deputy City Attorney
Fox Plaza
1390 Market St., 6th Floor
San Francisco, CA  94102-5408
(Facsimile No. (415) 554-3837)

[ X ]   BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Rafael, California.

[ X ]   BY FACSIMILE: I caused such document(s) to be transmitted via facsimile to the numbers indicated above.

[   ]   BY PERSONAL SERVICE: I caused such envelopes to be hand delivered to the above address(es).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on May 13, 2008, at San Rafael, California.

Matthew C. Mani

00045988.DOC

PROOF OF SERVICE
Case No. C 08-01163 EMC

2