1  MATTHEW C. MANI, ESQ., (CA State Bar No. 172679)
   FREITAS McCARTHY MacMAHON & KEATING, LLP
2  1108 Fifth Avenue, Third Floor
   San Rafael, CA 94901
3  Telephone: (415) 456-7500
   Telecopier: (415) 456-0266
4  E-mail: mmani@freitaslaw.com

5  Attorneys for Plaintiffs

6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO

11

12  SHAWN MYERS and SARAH MYERS,          Case No. C 08-01163 EMC

13            Plaintiffs,                 PROOF OF SERVICE OF SUMMONS AND
       v.                                 COMPLAINT
14
    CITY AND COUNTY OF SAN FRANCISCO, a
15  municipal corporation; HEATHER FONG, in her
    capacity as Chief of Police for the CITY AND
16  COUNTY OF SAN FRANCISCO; JESSE
    SERNA, individually, and in his capacity as a
17  police officer for the CITY AND COUNTY OF
    SAN FRANCISCO; GARY MORIYAMA,
18  individually and in his capacity as a police
    officer for the CITY AND COUNTY OF SAN
19  FRANCISCO; and San Francisco police officers
    and employees DOES 1 through 50, inclusive,
20
              Defendants.                       /
21

22         I am a resident of the United States, County of Marin, over 18 years of age, and not a

23  party to the within action. My business address is 1108 Fifth Avenue, Third Floor, San Rafael,

24  California 94901, which is located in the County of Marin, where the service described below took

25  place.

26         On March 19, 2008 at 1:28 p.m., I served a true copy of the within:

27    • Summons issued February 27, 2008;
      • Complaint for Damages For Violation Of Civil Rights filed February 27, 2008;
28    • Order Setting Initial Case Management Conference And ADR Deadlines;
      • Standing Order For Civil Practice In Cases Assigned For All Purposes To

00045984.DOC                                          PROOF OF SERVICE
                                                      Case No. C 08-01163 EMC

                                       1

Magistrate Judge Edward M. Chen;
- Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement;
- Welcome To The U.S. District Court, San Francisco Guidelines
- Notice Of Assignment Of Case To A United States Magistrate Judge For Trial;
- Consent To Proceed Before A United States Magistrate Judge;
- Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge
- U.S. District Court Northern California ECF Registration Information Handout

on Defendant City And County of San Francisco in this action as follows:

c/o Mayor Gavin Newsom
Nydia S. Gonzalez, Receptionist
Mayor's office, City Hall, Room 200,
1 Dr. Carlton B. Goodlett Pl.
San Francisco, CA  94102

[ ]  BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Rafael, California.

[ ]  BY FACSIMILE: I caused such document(s) to be transmitted via facsimile to the numbers indicated on the attached service list.

[ X ]  BY PERSONAL SERVICE: I caused such envelopes to be hand delivered to the above address(es).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on May 13, 2008, at San Rafael, California.

Matthew C. Mani