UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHAWN MYERS and SARAH MYERS,

                Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

                Defendant(s).
_____/

Case No. 08-01163 JSW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/29/08

                                                                       [Party]

Dated: 5/29/08

                                                                       [Counsel]

| When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options." |
|---|

Rev. 12/05

# DECLARATION OF SERVICE BY MAIL

I am over 18 years of age, a resident of the County of Marin, and not a party to the within action. My business address is 1108 Fifth Avenue, Third Floor, San Rafael, California 94901, which is located in the County of Marin where the mailing described below took place. I am readily familiar with this business' practice for collecting and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 29, 2008, I served the within: **ADR CERTIFICATION BY PARTIES AND COUNSEL** by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully paid, for deposit in the United States Postal Service addressed as follows on the last day written:

Sean F. Connolly
San Francisco Deputy City Attorney
Fox Plaza
1390 Market St., 6th Floor
San Francisco, CA 94102-5408
(Attorneys for Defendants)

[XX]   BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Rafael, California.

[ ]   BY FACSIMILE: I caused such document(s) to be transmitted via facsimile to the numbers indicated on the attached service list.

[ ]   BY PERSONAL SERVICE: I caused such envelopes to be hand delivered to the above address(es).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on May 29, 2008, at San Rafael, California.

_Keri L. Doyle_
Keri L. Doyle

Freitas, McCarthy,
MacMahon & Keating
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500