| | |
|---|---|
| 1 | |
| 2 | |
| 3 | UNITED STATES DISTRICT COURT |
| 4 | NORTHERN DISTRICT OF CALIFORNIA |
| 5 | |

Shawn Myers, et al.

                    Plaintiff,

    v.

City and County of San Francisco, et al.

                    Defendant.

CASE NO. CV C08-01163 JSW

**STIPULATION AND ORDER SELECTING ADR PROCESS**

## I. ADR PROCESS

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.

**Court-connected ADR processes:**

☐ Arbitration

    ☐ Non-binding

    ☐ Binding

☐ Early Neutral Evaluation (ENE)

☒ Early Settlement Conference with a Magistrate Judge

☐ Mediation

**Private ADR process:**

☐ Type of Process: _____

Name, address and phone number of private provider:

_____

_____

_____

STIPULATION AND ORDER SELECTING ADR PROCESS

NDC-ADR5

II. **TIMING FOR ADR PROCESS**

☐ **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by _____ (no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)

☐ **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ (no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)

III. **OTHER STIPULATIONS** (e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)

Dated: May 29, 2008

[signature]

Plaintiff
Matthew C. Mani, Esq.

Dated: May 29, 2008

_____
Defendant
Sean F. Connolly, Esq.

IT IS SO ORDERED.

Dated:

_____
United States District Judge

**II.    TIMING FOR ADR PROCESS**

☐    **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by _____ (no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)

☐    **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ (no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)

**III.    OTHER STIPULATIONS** (e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)


Dated: May 29, 2008                                    Dated: May 29, 2008

_____                        _____
Plaintiff                                              Defendant
Matthew C. Mani, Esq.                                  Sean F. Connolly, Esq.


IT IS SO ORDERED.


Dated:
                                                       _____
                                                       United States District Judge