IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWN MYERS and SARAH MYERS,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 08-01163 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

    Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of a settlement conference, to be completed, if possible, by no later than April 20, 2009

    **IT IS SO ORDERED.**

Dated:   June 13, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc: Wings Hom