IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**           **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 13, 2008                **Court Reporter**: Kathy Wyatt

CASE NO. C- 08-1163 JSW

TITLE:  Shawn Myers v. City and County of San Francisco, et al.,

<u>COUNSEL FOR PLAINTIFF:</u>          <u>COUNSEL FOR DEFENDANT:</u>

Matthew Mani                          Sean Connolly

<u>PROCEEDINGS:</u>   Initial Case Management Conference

<u>RESULTS:</u>   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 6-20-08.

Notice of Related cases shall be filed by 6-20-08.

ADR:  Case referred to a randomly assigned Magistrate Judge for settlement conference to be completed by 4-20-09.

Close of fact discovery:  4-20-09

Close of Expert discovery: 5-20-09

Hearing on dispositive motions (if any): 6-19-09 at 9:00 a.m.

Pretrial Conference: 8-24-09 at 2:00 p.m.
(counsel shall refer to Judge White's Standing Order regarding pretrial preparation)

Jury Trial:  9-21-09 at 8:30 a.m.

The parties may submit a joint stipulated to change the pretrial schedule by 6-20-08.