MATTHEW C. MANI (CA State Bar No. 172679)
FREITAS McCARTHY MacMAHON & KEATING, LLP
1108 Fifth Avenue, Third Floor
San Rafael, CA 94901
Telephone: (415) 456-7500
Telecopier: (415) 456-0266
E-mail:  mmani@freitaslaw.com

Attorneys for Plaintiffs,
SHAWN MYERS and SARAH MYERS


DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863
Facsimile:    (415) 554-3837
E-Mail:       sean.connolly@sfgov.org

Attorneys for Defendants,
CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS and SARAH MYERS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers and employees, DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. C08-01163 JSW<br><br>**[PROPOSED] AMENDED ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS** |

[PROPOSED] AMENDED ORDER SCHEDULING
TRIAL AND PRETRIAL MATTERS                          1
CASE NO. C08-01163 EMC
00047067.DOC

The parties to the above action submit this proposed stipulated order to modify the case management schedule as follows:

| Case Management Event | Current Date | Proposed Date |
|---|---|---|
| Last Day for Expert Discovery | May 20, 2009 | June 26, 2009 |
| Case Management Conference | August 24, 2009, 2:00 p.m. | September 14, 2009, 2:00 p.m. |
| Jury Trial | September 21, 2009 | October 12, 2009 |

The parties request this modification of the trial and pretrial calendar because trial counsel inadvertently overlooked pre-existing out-of-town travel commitments that conflict with the August, 2009 pretrial schedule and September trial date.

The parties further agree and stipulate to assignment to Magistrate Judge Maria-Elena James.

Dated: June 20, 2008

        FREITAS, McCARTHY, MacMAHON & KEATING, LLP,

        /s/ Matthew C. Mani
By:_____
        MATTHEW C. MANI, ESQ.
        Attorneys for Plaintiffs Shawn Myers and Sarah Myers

Dated: June 20, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy

        /s/ Sean F. Connolly
By:_____
        SEAN F. CONNOLLY
        Deputy City Attorney
        Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

By: _____
MARIA-ELENA JAMES
United States Magistrate Judge

# DECLARATION OF SERVICE BY MAIL

I am over 18 years of age, a resident of the County of Marin, and not a party to the within action. My business address is 1108 Fifth Avenue, Third Floor, San Rafael, California 94901, which is located in the County of Marin where the mailing described below took place. I am readily familiar with this business' practice for collecting and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 20, 2008, I served the within: **[PROPOSED] AMENDED ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS** by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully paid, for deposit in the United States Postal Service addressed as follows on the last day written:

Sean F. Connolly
San Francisco Deputy City Attorney
Fox Plaza
1390 Market St., 6th Floor
San Francisco, CA  94102-5408
(Attorneys for Defendants)

[XX]  **BY MAIL**: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Rafael, California.

[  ]  **BY FACSIMILE**: I caused such document(s) to be transmitted via facsimile to the numbers indicated on the attached service list.

[  ]  **BY PERSONAL SERVICE**: I caused such envelopes to be hand delivered to the above address(es).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on June 20, 2008, at San Rafael, California.

/s/ Keri L. Doyle
_____
Keri L. Doyle

[PROPOSED] AMENDED ORDER SCHEDULING
TRIAL AND PRETRIAL MATTERS                4
CASE NO. C08-01163 EMC
00047067.DOC