**FILED**

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWN MYERS and SARAH MYERS,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 08-01163 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE JAMES FOR ALL PURPOSES**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James for all purposes.

**IT IS SO ORDERED.**

Dated: June 23, 2008

                                           /s/ Jeffrey S. White
                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

cc: Wings Hom