United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MEYERS, et al., | No. C-08-1163 MEJ |
| Plaintiff, | |
| vs. | ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. / | |

IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, a Case Management Conference will be held in the above-captioned case before the Honorable Maria-Elena James on Thursday, September 4, 2008 at 10:00 A.M. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS FURTHER ORDERED that Counsel shall meet and confer prior to the Case Management Conference and file, <u>no later than seven days before the conference</u>, a Joint Case Management Statement addressing the information contained in Magistrate Judge James' Joint Case Management Statement and [proposed] Case Management Order form, a copy of which may be obtained from the Court's website.

IT IS FURTHER ORDERED that any party that has not already done so shall file a

1  consent/declination form, consenting to Judge James' jurisdiction or requesting reassignment to a
2  district court judge. Copies of the consent and declination forms may be obtained from the Court's
3  website.

4  **IT IS FURTHER ORDERED that the parties shall, in addition to filing papers**
5  **electronically, lodge with chambers a printed copy of the papers by the close of the next court**
6  **day following the day the papers are filed electronically. These printed copies shall be marked**
7  **"Chambers Copy" and shall be submitted to the Clerk's Office in an envelope clearly marked**
8  **"Magistrate Judge Maria-Elena James," with the case number and "E-Filing Chambers**
9  **Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has**
10 **already been filed electronically.**

13 IT IS SO ORDERED.
14 Dated: July 14, 2008



MARIA-ELENA JAMES
United States Magistrate Judge

2