1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar # 152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3863
6  Facsimile:    (415) 554-3837
   E-Mail:       sean.connolly@sfgov.org
7
   Attorneys for Defendants,
8  CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHAWN MYERS and SARAH MYERS, | Case No. C08-01163 MEJ |
|---|---|
| Plaintiffs, | |
| vs. | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer | |
| Defendants. | |

CCSF's Notice of Unavailability of Counsel
CASE NO.  C08-01163 MEJ

n:\lit\li2008\080047\00497214.doc

PLEASE TAKE NOTICE that counsel for defendants City and County of San Francisco, et al., Deputy City Attorney Sean F. Connolly, will be unavailable for depositions, motions, court appearances, filing oppositions to motions and responding to discovery requests and similar matters that require his immediate attention from the following dates listed below:

**August 1, 2008 through August 20, 2008.**

Further, Mr. Connolly is the sole attorney responsible for this matter; therefore, scheduling matters during the above period may subject the offending party or counsel to sanctions.

Dated:  July 16, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy

By:  s/Sean F. Connolly
        SEAN F. CONNOLLY
        Deputy City Attorney

        Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.

Notice of Unavailability of Counsel
CASE NO.  C08-01163 MEJ
1
n:\lit\li2008\080047\00497214.doc