1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar # 152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3863
6  Facsimile:     (415) 554-3837
   E-Mail:         sean.connolly@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  CHIEF HEATHER FONG, OFFICER JESSE SERNA,
   OFFICER GARY MORIYAMA
10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14  JAMAL JACKSON; JANNIE MENDEZ,          Case No. C08-1916 SBA

15              Plaintiffs,

16       vs.                               DECLARATION OF SEAN F.
                                           CONNOLLY IN SUPPORT OF
17  CITY AND COUNTY OF SAN                 DEFENDANTS' OPPOSITION TO
    FRANCISCO, et al                       PLAINTIFFS' MOTION TO RELATE
18                                         CASES
            Defendants.
19

20  SHAWN MYERS and SARAH MYERS,          Case No. C08-01163 MEJ

              Plaintiffs,
21                                         DECLARATION OF SEAN F.
         vs.                               CONNOLLY IN SUPPORT OF
22                                         DEFENDANTS' OPPOSITION TO
    CITY AND COUNTY OF SAN                 PLAINTIFFS' MOTION TO RELATE
23  FRANCISCO, et al.                      CASES

24          Defendants.

25

26

27

28

Decl. Connolly ISO CCSF Opp. to Motion to Relate          1                    n:\lit\li2008\081325\00499472.doc
Cases; CASE NO.  C08-1916 SBA

1    I, Sean F. Connolly, declare as follows:

2    1.    I am a Deputy City Attorney in the Office of the City Attorney, counsel of record to

3    Defendants in this action.  I have personal knowledge of the contents of this declaration, except where

4    indicated otherwise, and I could and would testify competently thereto if called upon to do so.

5    2.    On June 26, 2008, Magistrate Judge Larson, Judge Chesney, Judge Hamilton, and

6    Magistrate Judge James, correctly ruled that a group of cases (including *Myers*) were not related

7    simply because one of the named police officer defendants was common to each case.  A true and

8    correct copy of the Order, identified as Doc. Entry No. 48, in the matter entitled *Oliver v. CCSF, et*

9    *al*., Case No. C07-2460, is attached hereto as Exhibit A.

10   3.    Furthermore, On August 14, 2007, Magistrate Judge Larson denied a similar request

11   by plaintiffs in unrelated case who so moved simply because the cases involved Officer Serna.  A true

12   and correct copy of that Order, identified as Doc. Entry No. 16, in the matter entitled *Oliver v. CCSF,*

13   *et al*., Case No. C07-2460, is attached hereto as Exhibit B.

14   I declare under penalty of perjury pursuant to the laws of the State of California that the

15   foregoing is true and correct.

16   Executed August 4, 2008, at San Francisco, California.

17

18   *s/Sean F. Connolly*
     Sean F. Connolly

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

**TO**

**DECLARATION OF SEAN F. CONNOLLY IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO RELATE CASES**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 07-02460 JL**    **Oliver v. City and County of San Francisco et al**

**C 07-02718 MMC**    **Hwang v. City and County of San Francisco et al**

      I find that the above case is related to the case assigned to me. _____

**C 07-02941 PJH**    **Maestrini v. City & County of San Francisco et al**

      I find that the above case is related to the case assigned to me. _____

**C 08-01163 MEJ**    **Myers et al v. City and County of San Francisco et al**

      I find that the above case is related to the case assigned to me. _____

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:_____    _____

Magistrate Judge James Larson


Dated:_____    _____

Judge Maxine M. Chesney


Dated:_____    _____

Judge Phyllis J. Hamilton

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: 6 . 26 - 0 8                   By: _____

**Deputy Clerk**

**EXHIBIT B**

**TO**

**DECLARATION OF SEAN F. CONNOLLY IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO RELATE CASES**

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10
11                                              No. C 07-2460 JL
     GREGORY OLIVER, II,
12                                              ORDER THAT CASES ARE NOT
              Plaintiff,                        RELATED
13
         vs.                                    C-07-2941 PJH, Maestrini v CCSF
14                                              C-07-2718 WDB, Hwang v CCSF, et al.
15   CITY AND COUNTY OF SAN
     FRANCISCO, et al.,
16
              Defendants.
17
     _____/
18
           The Court received Plaintiff's Administrative Motion to relate Cases pursuant to Civil
19
     Local Rule 3-12 and Defendants' opposition to the motion. All parties in the *Oliver* case
20
     have consented to this Court's jurisdiction as provided by 28 U.S.C. §636(c) and Civil Local
21
     Rule 73.
22
           Civil Local Rule 3-12(a) provides the following definition of related cases:
23
           An action is related to another when:
24
           (1) The actions concern substantially the same parties, property, transaction or
25
     event; and
26
           (2) It appears likely that there will be an unduly burdensome duplication of labor and
27
     expense or conflicting results if the cases are conducted before different Judges.
28

United States District Court
For the Northern District of California

C-07-2460 ORDER                                                          Page 1 of 2

**United States District Court**
For the Northern District of California

1    The Court reviewed the moving and opposing papers and concludes that the cases

2    should not be related. They involve different plaintiffs. They involve different groups of

3    defendants. They involve entirely distinct incidents occurring over a period of nine months.

4    They involve different legal theories. One case involves allegations of false arrest and use

5    of a baton. Another involves allegations of an unlawful detention, but not an arrest, and the

6    use of physical force. Yet another involves allegations against two named officers, one who

7    is not alleged to have been involved in any other incident.

8    No judicial resources would be conserved by relating these cases. There would be

9    no undue burden on the parties or the Court if they are not related.

10    Accordingly, the motion to relate cases is denied.

11    IT IS SO ORDERED.

12    DATED: August 14, 2007

13

14                                                    _____
                                                       James Larson
15                                                     Chief Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

C-07-2460 ORDER                                                          Page 2 of 2