1  Robert C. Cheasty, Esq. # 85115
   Law Offices of Cheasty & Cheasty
2  1604 Solano Avenue, P.O. Box 8357
3  Berkeley, CA 94707
   Telephone: (510) 525-1000
4
5  Attorneys for Plaintiffs Jamal Jackson; Jannie Mendez
   (in Action No.4:08-cv-01916-SBA)
6

7              UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| This document relates to:<br>SHAWN MYERS; SARAH MYERS<br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>Defendants | NO. C-08-01163 MEJ<br><br>DECLARATION OF ATTORNEY FOR PLAINTIFFS REGARDING EFFORT TO REACH A STIPLATION TO RELATE in connection with this ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
|---|---|
| JAMAL JACKSON; JANNIE MENDEZ,<br>                              Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers and employees DOES 1 through 50, inclusive,<br>                              Defendants. | [Civ. L.R. 3-12]<br><br><br><br>NO. 4:08-cv-01916-SBA |

DECLARATION OF ROBERT CHEASTY IN SUPPORT OF ADMINISTRATIVE MOTION REGARDING RELATING        -1-

I, Robert C. Cheasty, am competent to testify and if called as a witness I would testify as set forth below:

1. I am admitted to the bar in California and before this court, and am the attorney for Plaintiffs in this action known as Jackson v. City and County of San Francisco.

2. In compliance with the Local Rules I contacted the City Attorney's office to seek a stipulation regarding the relating of this case, *JACKSON V. CITY AND COUNTY OF SAN FRANCISCO*, with the earlier filed case involving the same parties and the same incident, the *MYERS V. CITY AND COUNTY OF SAN FRANCISCO*.

3. I was directed to Sean Connolly as the Deputy City Attorney handling the *Jackson* case.

4. I explained that the parties, witnesses and issues in the *Myers* and *Jackson* cases arise from the identical episode at the parking lot at San Francisco's wharf and the complaints and issues were virtually the same, using much of the identical language and causes of action.

5. Mr. Connolly stated he was familiar with both the Myers and Jackson cases and stated that he was representing the Defendants in both cases. He declined to stipulate to the relating of the cases.

I declare under penalty of perjury that the above is true and correct and that I executed this declaration under the laws of the State of California at my above office address on August 4, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Robert C. Cheasty
　　　　　　　　　　　　　　　　　　　　　　　Declarant, Attorneys For Plaintiffs

1  Robert C. Cheasty, Esq. # 85115
   Law Offices of Cheasty & Cheasty
2  1604 Solano Avenue, P.O. Box 8357
3  Berkeley, CA 94707
   Telephone: (510) 525-1000
4
5  Attorneys for Plaintiffs Jamal Jackson; Jannie Mendez
   (in Action No.4:08-cv-01916-SBA)
6

7              UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| This document relates to: | NO. C-08-01163 MEJ |
|---|---|
| SHAWN MYERS; SARAH MYERS Plaintiffs, | DECLARATION OF ATTORNEY FOR PLAINTIFFS REGARDING EFFORT TO REACH A STIPLATION TO RELATE in connection with this ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., Defendants | |
| JAMAL JACKSON; JANNIE MENDEZ, Plaintiffs, | [Civ. L.R. 3-12] |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers and employees DOES 1 through 50, inclusive, Defendants. | NO. 4:08-cv-01916-SBA |

DECLARATION OF ROBERT CHEASTY IN SUPPORT OF ADMINISTRATIVE MOTION REGARDING RELATING    -1-

I, Robert C. Cheasty, am competent to testify and if called as a witness I would testify as set forth below:

1. I am admitted to the bar in California and before this court, and am the attorney for Plaintiffs in this action known as Jackson v. City and County of San Francisco.

2. In compliance with the Local Rules I contacted the City Attorney's office to seek a stipulation regarding the relating of this case, *JACKSON V. CITY AND COUNTY OF SAN FRANCISCO*, with the earlier filed case involving the same parties and the same incident, the *MYERS V. CITY AND COUNTY OF SAN FRANCISCO*.

3. I was directed to Sean Connolly as the Deputy City Attorney handling the *Jackson* case.

4. I explained that the parties, witnesses and issues in the *Myers* and *Jackson* cases arise from the identical episode at the parking lot at San Francisco's wharf and the complaints and issues were virtually the same, using much of the identical language and causes of action.

5. Mr. Connolly stated he was familiar with both the Myers and Jackson cases and stated that he was representing the Defendants in both cases. He declined to stipulate to the relating of the cases.

I declare under penalty of perjury that the above is true and correct and that I executed this declaration under the laws of the State of California at my above office address on August 4, 2008.

                    /s/
                    Robert C. Cheasty
                    Declarant, Attorneys For Plaintiffs