1  Robert C. Cheasty, Esq. # 85115
   Law Offices of Cheasty & Cheasty
2  1604 Solano Avenue, P.O. Box 8357
3  Berkeley, CA 94707
   Telephone: (510) 525-1000
4
5  Attorneys for Plaintiffs Jamal Jackson; Jannie Mendez
   (in Action No.4:08-cv-01916-SBA)
6

7                  UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| This document relates to: | NO. C-08-01163 MEJ |
|---|---|
| SHAWN MYERS; SARAH MYERS Plaintiffs, | SUPPLEMENTAL DECLARATION OF ATTORNEY FOR PLAINTIFFS REGARDING STIPLATION WITH PLAINTIFFS MYERS TO RELATE in connection with this ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., Defendants | |
| JAMAL JACKSON; JANNIE MENDEZ, Plaintiffs, | [Civ. L.R. 3-12] |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers and employees DOES 1 through 50, inclusive, Defendants. | NO. 4:08-cv-01916-SBA |

I, Robert C. Cheasty, am competent to testify and if called as a witness I would testify as set forth below:

1. I am admitted to the bar in California and before this court, and am the attorney for Plaintiffs in this action known as *JACKSON v. CITY AND COUNTY OF SAN FRANCISCO*.

2. In compliance with the Local Rules I contacted the Counsel for Plaintiffs in this *MYERS* case, Matthew Mani, representing Plaintiffs Shawn Myers and Sarah Myers, to ask if he would agree to the relating of the *JACKSON v. CITY AND COUNTY OF SAN FRANCISCO* case with the *MYERS v. CITY AND COUNTY OF SAN FRANCISCO* case before Judge Maria Elena James. Mr. Mani agreed that the two cases involved the same parties, same witnesses, same legal issues and the same incident. Mr. Mani stated he has no objection to the relation of the *JACKSON* case to the earlier filed *MYERS* case.

I declare under penalty of perjury that the above is true and correct and that I executed this declaration under the laws of the State of California at my above office address on August 4, 2008.

                                                       /s/
                                            Robert C. Cheasty
                                            Declarant, Attorneys For Plaintiffs