# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWN MYERS and SARAH MYERS,  )
            Plaintiffs )   CASE NO. C 08-1163 MEJ
     v. )
                             )   **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES**
CITY AND COUNTY OF SAN FRANCISCO, et al.,  )   **DISTRICT COURT JUDGE**
           Defendants )

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__x__ (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: September 3, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk