IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYERS, et al.,<br><br>   Plaintiff(s),<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>   Defendant(s). | No. C 08-1163 MEJ<br>C 08-1916 MEJ<br><br>**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE JAMES LARSON TO CONDUCT A SETTLEMENT CONFERENCE** |

On October 30, 2008, the Court related the above-captioned matter with *C-08-1916, Jackson, et al. v. City and County of San Francisco*. As the earlier-filed case was previously referred to Magistrate Judge James Larson, the Court hereby ORDERS that the related case is also referred to Judge Larson for a settlement conference.

**IT IS SO ORDERED.**

Dated: October 30, 2008

MARIA ELENA JAMES
United States Magistrate Judge