IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS, et al.,<br><br>    Plaintiffs,<br><br> vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | No.   C 08-1163 MEJ<br>        C 08-1916 MEJ<br>        Related Cases<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

JAMAL JACKSON, et al.

    Plaintiffs,

 vs.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

The Court hereby SCHEDULES a Case Management Conference to take place on March 12, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by March 5, 2009.  The previous referral to Chief Magistrate Judge James Larson for a settlement conference remains in effect; however, the parties need not participate in a settlement conference until after the Court issues a case management order and any necessary discovery is completed.

**IT IS SO ORDERED.**

Dated: February 11, 2009

MARIA-ELENA JAMES
United States Magistrate Judge