IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS, et al., <br><br>            Plaintiffs, <br><br>   vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>            Defendants. | No.   C 08-1163 MEJ <br>         C 08-1916 MEJ <br>         Related Cases <br><br> **ORDER CORRECTING FINAL PRETRIAL CONFERENCE DATE** |
| JAMAL JACKSON, et al. <br><br>            Plaintiffs, <br><br>   vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>            Defendants. | |

On March 9, 2009, the Court issued a Case Management Order in which it inadvertently scheduled a final pretrial conference on October 14, 2009. The Court hereby corrects this error - the final pretrial conference shall take place on October 14, 2010.

**IT IS SO ORDERED.**

Dated: March 9, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge