IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | No.   C 08-1163 MEJ<br>        C 08-1916 MEJ<br>        Related Cases<br><br>**ORDER VACATING TRIAL SCHEDULE AND CERTAIN PRETRIAL DATES** |
| JAMAL JACKSON, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | |

The Court is in receipt of Defendants' objection to the calendaring of these related cases for trial together. Good cause appearing, the Court hereby VACATES the trial schedule for both cases, including all pretrial deadlines after the dispositive motion hearing. If necessary after resolution of any dispositive motions, the Court shall conduct a status conference for the purpose of rescheduling the trial(s) in these matters. All deadlines up through the dispositive motion hearing on June 17, 2010 remain in effect.

**IT IS SO ORDERED.**

Dated: March 24, 2009

                                            MARIA-ELENA JAMES<br>                                            United States Magistrate Judge