1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | SEAN F. CONNOLLY, State Bar # 152235
DANIEL A. ZAHEER, State Bar # 237118
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
6 | Telephone:     (415) 554-3822
Facsimile:     (415) 554-3837
7 | E-Mail:          daniel.zaheer@sfgov.org

8 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO ET AL.

9 |

10 | ROBERT C. CHEASTY, State Bar # 85115
Law Offices of Cheasty & Cheasty
11 | 1604 Solano Avenue
P.O. Box 8357
12 | Berkeley, CA 94707
Telephone: (510) 525-1000
13 |
14 | Attorneys for Plaintiffs
JAMAL JACKSON and JANNIE MENDEZ

15 |

16 | MATTHEW C. MANI, State Bar #172679
Freitas McCarthy MacMahon & Keating LLP
17 | 1108 Fifth Avenue, Third Floor
San Rafael, CA  94901
18 | Telephone:     (415) 456-7500
Facsimile:     (415) 456-0266
19 | E-Mail:          mmani@freitaslaw.com

20 | Attorneys for Plaintiffs
SHAWN MYERS and SARAH MYERS

21 |

22 | UNITED STATES DISTRICT COURT

23 | NORTHERN DISTRICT OF CALIFORNIA

24 | JAMAL JACKSON; JANNIE MENDEZ,     Case No. C08-1916 MEJ

25 | Plaintiffs,     **STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DATES FOR DISCOVERY AND EXPERT DISCLOSURE**

26 | vs.

27 | CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation;     Trial Date:    None Set

28 | 

STIP. PRO. RESCHEDULING EXPERT
DISCLOSURE AND DISCOVERY CUT-OFF DATES;
CASE NOS.  C08-1916 MEJ ; C08-01163 MEJ

1

1  HEATHER FONG, in her capacity as
   Chief of Police for the CITY AND
2  COUNTY OF SAN FRANCISCO; JESSE
   SERNA, individually, and in his capacity
3  as a police officers for the CITY AND
   COUNTY OF SAN FRANCISCO; GARY
4  MORIYAMA, individually and in his
   capacity as a police officer for the CITY
5  AND COUNTY OF SAN FRANCISCO;
   and San Francisco police officers and
6  employees DOES 1 through 50, inclusive,

7          Defendants.

8  SHAWN MYERS and SARAH MYERS,        Case No. C08-01163 MEJ

9          Plaintiffs,

10         vs.

11  CITY AND COUNTY OF SAN               Trial Date:          Not set
    FRANCISCO, a municipal corporation;
12  HEATHER FONG, in her capacity as
    Chief of Police for the CITY AND
13  COUNTY OF SAN FRANCISCO; JESSE
    SERNA, individually, and in his capacity
14  as a police officer for the CITY AND
    COUNTY OF SAN FRANCISCO; GARY
15  MORIYAMA, individually and in his
    capacity as a police officer for the CITY
16  AND COUNTY OF SAN FRANCISCO;
    and San Francisco police officers and
17  employees, DOES 1 through 50, inclusive,

18         Defendants.

19         The undersigned parties, through counsel, STIPULATE and AGREE and jointly request

20  modification of this Court's Orders concerning and setting dates for discovery cut-offs in the above

21  matter.

22         The parties make this request based on the following circumstances:

23         1.       Deposition discovery has only commenced in this matter, which has been joined with

24  Case No. C-08-01163 MEJ, JAMAL JACKSON, et al., v. THE CITY AND COUNTY OF SAN

25  FRANCISCO, et al., for the purposes of discovery.  Preliminary written discovery has been

26  completed.  To date, only the depositions of Plaintiff Shawn Myers, and the deposition of Plaintiff

27  Jamal Jackson have been taken.  The depositions of defendant officers, of Plaintiffs Sarah Myers and

28

Jannie Mendez, and of numerous percipient witnesses are scheduled for April 2009.  The parties engaged in a settlement conference in late January of 2010, where it became evident that settlement negotiations would not be fruitful until depositions discovery transpired.

2.      Counsel for Plaintiffs will be unavailable from April 5 through April 16, 2010.  On the week of April 5, he is chaperoning his 10-year-old son's class trip to Yosemite; during the week of April 11 through April 16, he will be on vacation with his family for Spring Break.  These plans have been long set, and paid for, with no ability to secure a replacement chaperone nor recover the vacation expense.

3.      Counsel for Defendants is set for trial in Federal Court to begin on April 26, 2010.  This trial is expected to last approximately two weeks.

4.      Three of the percipient witnesses are located out of state, and the parties are in the process of meeting and conferring regarding the taking of these persons' depositions.  One of the witnesses will be traveling to California in May.  The parties would like to take that deposition while the witness is in California to reduce the associated expenses.

5.      One percipient witness is currently in boot camp for the United States Army and is not available for deposition.  He will complete his basic training in July, at which time he will be available for deposition.

6.      The parties agree that more discovery is necessary to adequately evaluate their respective cases, including which experts will be necessary should the matter proceed to trial.  They require additional time for the purpose of conducting this discovery.

For the aforementioned reasons, the parties jointly request that the Court amend its Scheduling Order as follows::

- June 25, 2010:  Last day for expert witness disclosures
- July 9, 2010:  Rebuttal expert witness disclosure
- July 23, 2010:  Close of fact and expert discovery
- August 19, 2010:  Last day to file dispositive motions
- 10 a.m., September 23, 2010:  Dispositive Motion Hearing

**IT IS SO STIPULATED.**

Dated:  March 22, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SEAN F. CONNOLLY
DANIEL A. ZAHEER
Deputy City Attorneys

By:  s/Sean F. Connolly
SEAN F. CONNOLLY
Deputy City Attorney

Attorneys for Defendants CITY AND COUNTY OF
SAN FRANCISCO, et al.

Dated:  March 22, 2010

LAW OFFICES OF CHEASTY & CHEASTY

By:  **s/Robert C. Cheasty
ROBERT C. CHEASTY

Attorneys for Plaintiffs JAMAL JACKSON and
JANNIE MENDEZ

Dated:  March 22, 2010

FREITAS MCCARTHY MACMAHON
& KEATING LLP

By:  **Matthew C. Mani
MATTHEW C. MANI

Attorneys for Plaintiffs SHAWN MYERS and SARAH
MYERS

**Pursuant to General Order 45, §X.B., the filer of this
document attests that s/he has received the concurrence
of this signatory to file this document.

1

**ORDER**

2        Based on the above stipulation, and for good cause appearing, IT IS ORDERED that the dates

3   for disclosure of expert information and for the close of discovery be rescheduled.  Disclosure of

4   experts shall take place on April 26, 2010, and discovery shall close on May 12, 2010.

5

6   Dated:_March 23, 2010_____        _____

7                                     THE HONORABLE MARIA-ELENA JAMES

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. PRO. RESCHEDULING EXPERT                    5
DISCLOSURE AND DISCOVERY CUT-OFF DATES;
CASE NOS.  C08-1916 MEJ ; C08-01163 MEJ