1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar # 152235
   WARREN METLITZKY, State Bar # 220758
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3916
   Facsimile:     (415) 554-3837
7  E-Mail:        warren.metlitzky@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO ET AL.
9

10 ROBERT C. CHEASTY, State Bar # 85115
   Law Offices of Cheasty & Cheasty
11 1604 Solano Avenue
   P.O. Box 8357
12 Berkeley, CA 94707
   Telephone: (510) 525-1000
13
   Attorneys for Plaintiffs
14 JAMAL JACKSON and JANNIE MENDEZ

15
   MATTHEW C. MANI, State Bar #172679
16 Freitas McCarthy MacMahon & Keating LLP
   1108 Fifth Avenue, Third Floor
17 San Rafael, CA  94901
   Telephone:     (415) 456-7500
18 Facsimile:     (415) 456-0266
   E-Mail:        mmani@freitaslaw.com
19
   Attorneys for Plaintiffs
20 SHAWN MYERS and SARAH MYERS

21                  UNITED STATES DISTRICT COURT

22                  NORTHERN DISTRICT OF CALIFORNIA

23 | JAMAL JACKSON; JANNIE MENDEZ, | Case No. C08-1916 MEJ |
   | --- | --- |
24 | Plaintiffs, | **AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY, EXPERT DISCLOSURE AND DISPOSITIVE MOTION DEADLINES** |
25 | vs. | |
26 | CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND | |
27 | | Trial Date:    None Set |
28

| | |
|---|---|
| COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officers for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers and employees DOES 1 through 50, inclusive,<br><br>           Defendants. | |
| SHAWN MYERS and SARAH MYERS,<br><br>           Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers and employees, DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No. C08-01163 MEJ<br><br>Trial Date:       Not set |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of this Court's Orders concerning and setting dates for discovery cut-offs in the above-captioned matters.

The parties make this request based on the following circumstances:

1. The parties filed a Stipulation and Proposed Order ("March 22 Stipulation") with the Court on March 22, 2010. The March 22, 2010 Stipulation requests that that the Court amend its Scheduling Order as follows:

- June 25, 2010: Last day for expert witness disclosures
- July 9, 2010: Rebuttal expert witness disclosure
- July 23, 2010: Close of fact and expert discovery

AMENDED STIP. PRO. RESCHEDULING EXPERT DISCLOSURE AND DISCOVERY CUT-OFF DATES; CASE NOS.  C08-1916 MEJ ; C08-01163 MEJ

2

1         • August 19, 2010:  Last day to file dispositive motions

2         • 10 a.m., September 23, 2010:  Dispositive Motion Hearing

3     3.     The parties erroneously attached an earlier draft of the Proposed Order to the March 22 Stipulation, which contained different dates than those dates stipulated by the parties.

    4.     On March 23, 2010, the Court signed the Proposed Order that contains the erroneously-submitted dates described below.  That Proposed Order differs from the March 22 Stipulation as follows.  It moves expert disclosure to April 26, 2010 rather than June 25, 2010, moves the date for close of discovery to May 12, 2010 rather than July 23, 2010 and does not address the dates for dispositive motions or expert rebuttal.

For the aforementioned reasons, the parties jointly request that the Court sign the attached amended Proposed Order, which conforms with the parties' March 22, 2010 stipulation.  Consistent with the parties' March 22 Stipulation, the parties request that the Court amend its Scheduling Order as follows:

- June 25, 2010:  Last day for expert witness disclosures
- July 9, 2010:  Rebuttal expert witness disclosure
- July 23, 2010:  Close of fact and expert discovery
- August 19, 2010:  Last day to file dispositive motions
- 10 a.m., September 23, 2010:  Dispositive Motion Hearing

**IT IS SO STIPULATED.**

Dated:  March 25, 2010

                DENNIS J. HERRERA
                City Attorney
                JOANNE HOEPER
                Chief Trial Deputy
                SEAN F. CONNOLLY
                WARREN METLITZKY
                Deputy City Attorneys

            By:  */s/ Warren Metlitzky*
                WARREN METLITZKY
                Deputy City Attorney
                Attorneys for Defendants CITY AND COUNTY OF
                SAN FRANCISCO, et al.

| | |
|---|---|
| Dated:  March 25, 2010 | LAW OFFICES OF CHEASTY & CHEASTY |
| | By: /s/ Robert C. Cheasty |
| | ROBERT C. CHEASTY |
| | Attorneys for Plaintiffs JAMAL JACKSON and JANNIE MENDEZ |
| | **Pursuant to General Order 45, §X.B., the filer of this document attests that s/he has received the concurrence of this signatory to file this document. |
| Dated:  March 25, 2010 | FREITAS MCCARTHY MACMAHON & KEATING LLP |
| | By: /s/ Matthew C. Mani |
| | MATTHEW C. MANI |
| | Attorneys for Plaintiffs SHAWN MYERS and SARAH MYERS |
| | **Pursuant to General Order 45, §X.B., the filer of this document attests that s/he has received the concurrence of this signatory to file this document. |

**ORDER**

Based on the above stipulation and the March 22, 2010 Stipulation of all parties, and for good cause appearing, IT IS ORDERED that the Court's Scheduling Order be amended as follows:

- June 25, 2010:  Last day for expert witness disclosures
- July 9, 2010:  Rebuttal expert witness disclosure
- July 23, 2010:  Close of fact and expert discovery
- August 19, 2010:  Last day to file dispositive motions
- 10 a.m., September 23, 2010:  Dispositive Motion Hearing

Dated: March 26, 2010

THE HONORABLE MARIA-ELENA JAMES

AMENDED STIP. PRO. RESCHEDULING EXPERT
DISCLOSURE AND DISCOVERY CUT-OFF DATES;
CASE NOS.  C08-1916 MEJ ; C08-01163 MEJ

5