Dennis J. Herrera, City Attorney (SBN 139669)
Joanne Hoeper, Chief Trial Attorney (SBN 114961)
Sean F. Connolly, Deputy City Attorney (SBN 152235)
Warren Metlitzky, Deputy City Attorney (SBN 220758)
Fox Plaza - 390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3916
Facsimile:    (415) 554-3837
E-Mail:       warren.metlitzky@sfgov.org

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Thomas F. Keating, Jr. (SBN 76972)
FREITAS MCCARTHY MACMAHON & KEATING LLP
1108 Fifth Avenue, Third Floor
San Rafael, CA 94901
Telephone:    (415) 456-7500
Facsimile:    (415) 456-0266
E-Mail:       tkeating@freitaslaw.com

Matthew C. Mani (SBN 172629)
LAW OFFICES OF MATTHEW C. MANI
1108 Fifth Avenue, Suite 202
San Rafael, CA 94901
Telephone:    (415)456-7800
Facsimile:    (415)456-7801
E-mail:       mattmanilaw@yahoo.com

Attorneys for Plaintiffs SHAWN MYERS and SARAH MYERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS and SARAH MYERS,<br><br>　　　　Plaintiffs,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.<br><br>　　　　Defendants. | Related Cases:<br>Case No. C08-01163 MEJ<br>Case No. C08-01916 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES FOR DISCOVERY AND EXPERT DISCLOSURE IN BOTH *MYERS V CCSF* AND *JACKSON V. CCSF* CASES** |
| JAMAL JACKSON; JANNIE MENDEZ<br><br>　　　　Plaintiffs<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.<br><br>　　　　Defendants. | Trial Date: Not set |

00061824.DOC

1     STIPULATION AND ORDER RESCHEDULING
      EXPERT DISCLOSURE AND DISCOVERY
      CUT-OFF DATES; CASE NO. C08-01163 MEJ

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of this Court's Orders concerning and setting dates for discovery cut-offs in the above matter.

All parties to both the Myers v. CCSF and Jackson v. CCSF related cases make this request based on the following circumstances:

1. This matter has been joined with Case No. C-08-01163 MEJ, JAMAL JACKSON, et al., v. THE CITY AND COUNTY OF SAN FRANCISCO, et al., for the purposes of discovery. Preliminary written discovery has been completed. Despite having completed significant amounts of discovery, given the number of witnesses, more depositions are required. The depositions of Plaintiff Shawn Myers, of Plaintiff Sarah Myers and of Plaintiff Jamal Jackson have been taken. The depositions of percipient witnesses Camille Bossenberry, Scott Burke, David Ginsburg and Jonathan Dole have been completed. However, the depositions of the defendant officers and of Plaintiff Jannie Mendez have had to be rescheduled, with completion anticipated in July or early August. Further the depositions of several percipient witnesses, including Scott Burke's wife, Darlene, whose deposition had to be rescheduled due to the length of her husband's session, as well as those of other percipient witnesses, including two witnesses located in New Jersey, must still be conducted. The remaining depositions, particularly the party depositions, are critical for the respective experts to be able to offer opinions on the issues of the case. The parties engaged in a settlement conference in late January of 2010, where it became evident that settlement negotiations would not be fruitful until depositions discovery transpired.

2. Counsel for Plaintiffs will be unavailable for the week of July 17-24, 2010, as he has a trip with his children that was scheduled a year ago. These plans have been long set, and paid for, with no ability to recover the vacation expense.

3. Counsel for Defendants is scheduled for a family vacation in early August of 2010 for approximately two weeks.

4. Two of the percipient witnesses are located out of state, and the parties are in the process of meeting and conferring regarding the taking of these persons' depositions. One out of

state witness traveled to California in May, and his deposition was taken at that time, eliminating that expense. Unfortunately the remaining depositions will have to be conducted out of state.

5. One percipient witness is currently in boot camp for the United States Army and is not available for deposition. He will complete his basic training in July, at which time he will be available for deposition.

6. The parties agree that more discovery is necessary to adequately evaluate their respective cases, including which experts will be necessary should the matter proceed to trial. They require additional time for the purpose of conducting this discovery. **No trial date has been set.**

For the aforementioned reasons, the parties jointly request all currently scheduled discovery deadlines be extended. Currently, discovery closes on July 23, 2010. The parties request that the close of discovery be extended to September 13, 2010, or further if more convenient for the Court. The parties request that the date for exchange of expert disclosure information, currently scheduled for June 25, 2010, be rescheduled for August 25, 2010. Finally, the parties jointly request that all other deadlines be coordinated with the new dates for disclosure and for the close of discovery. Motions are currently due on August 19, 2010, with hearings set for September 23 at 10:00 a.m. The parties request that the last day to file dispositive motions dates be extended until October 13 with hearings set for November 18, 2010.

**IT IS SO STIPULATED.**

Dated: June 25, 2010

                            Dennis J. Herrera, City Attorney
                            Joanne Hoeper, Chief Trial Deputy
                            Sean F. Connolly, Deputy City Attorney
                            Warren Metlitzky, Deputy City Attorney

By: /s/ _____
      Warren Metlitzky, Deputy City Attorney
      Attorneys for Defendants CITY AND COUNTY OF
      SAN FRANCISCO, et al.

Dated: June 25, 2010                LAW OFFICES OF MATTHEW C. MANI

                                    By:  /s/
                                    MATTHEW C. MANI
                                    Attorneys for Plaintiffs SHAWN MYERS and SARAH MYERS

                                    Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

Dated: June 25, 2010                CHEASTY & CHEASTY

                                    By:  /s/
                                    ROBERT C. CHEASTY
                                    Attorneys for Plaintiffs JAMAL JACKSON and JANNIE MENDEZ

## ORDER

Based on the above stipulation, and for good cause appearing, IT IS ORDERED that in the above cases, the dates for disclosure of expert information and for the close of discovery be rescheduled. Disclosure of experts shall take place on August 25, 2010, and discovery shall close on September 13, 2010. Motions are due by __October 14__, 2010, and motion hearings shall take place on __November 18__, 2010 at __10:00__ a.m./p.m.

Dated: June 30, 2010

                                    _____
                                    THE HONORABLE MARIA-ELENA JAMES

00061824.DOC                    4    STIPULATION AND ORDER RESCHEDULING
                                     EXPERT DISCLOSURE AND DISCOVERY
                                     CUT-OFF DATES; CASE NO. C08-01163 MEJ