IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants._____/ | No. C 08-1163 MEJ<br>C 09-1916 MEJ<br>Related Cases<br><br>**ORDER FOR PARTIES TO APPEAR FOR MEET AND CONFER SESSION** |
| JAMAL JACKSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants._____/ | |

　　　The Court is in receipt of the parties' requests to enforce the meet and confer requirement for discovery disputes. As it appears that the parties have been unable to comply with the undersigned's discovery standing order, the Court hereby ORDERS the parties to meet and confer, in person, on October 14, 2010 at 9:30 a.m. in the undersigned's chambers, located on the 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

　　　At the meet and confer session, the parties shall come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s). In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with paragraph 4 of the standing order, and said letter shall be presented by the parties for filing at the

conclusion of the session.  Thus, the parties are ORDERED to bring with them one laptop and an auxiliary storage medium, such as a USB port thumb drive, to use in drafting said letter.  The parties are advised that they will not meet with the undersigned during or after the meet and confer session.

However, if the parties are able to meet and confer in person and resolve their disputes or file any necessary joint meet and confer letters prior to the meet and confer session, the parties shall jointly request that the Court vacate the date.

**IT IS SO ORDERED.**

Dated: October 4, 2010

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2