Thomas F. Keating, Jr. (SBN 76972)
FREITAS MCCARTHY MACMAHON & KEATING, LLP
1108 Fifth Avenue, Third Floor
San Rafael, CA 94901
Telephone:   (415) 456-7500
Facsimile:    (415) 456-0266
E-Mail:       tkeating@freitaslaw.com

Matthew C. Mani (SBN 172629)
LAW OFFICES OF MATTHEW C. MANI
1108 Fifth Avenue, Suite 202
San Rafael, CA 94901
Telephone:   (415)456-7800
Facsimile:    (415)456-7801
E-mail:       mattmanilaw@yahoo.com

Attorneys for Plaintiffs
SHAWN MYERS and SARAH MYERS

**GRANTED**
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS and SARAH MYERS,<br><br>  Plaintiffs,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al. | Related Cases:<br>Case No. C08-01163 MEJ<br>Case No. C08-01916 MEJ<br><br>**PLAINTIFFS' LETTER RE: MEET AND CONFER DATE** |
| JAMAL JACKSON; JANNIE MENDEZ<br><br>  Plaintiffs,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>  Defendants. | Trial Date:        Not set |

Freitas, McCarthy,
MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00063437.DOC                          1                    PLAINTIFFS' LETTER RE:
                                                           MEET AND CONFER DATE

Dear Judge James,

After reading the Court's Order for the Parties to Meet and Confer in Person dated October 4, 2010, I respectfully request that the Court set the matter for another date. I am attending a 6-day seminar on October 6-8 and 13-15, 2010. I cannot reschedule the seminar, and can not recoup the cost, which was quite large given my status as a sole practitioner. I apologize for having to make this request. I am available the entire week following, October 18-22, as I believe are all other counsel.

                Very truly yours,

                LAW OFFICES OF MATTHEW C. MANI

Dated: October 5, 2010          /s/
                Matthew C. Mani
                Attorney for Plaintiffs Shawn and Sarah Myers

The discovery meet and confer is CONTINUED to October 19, 2010, at 9:30 a.m.

Dated: October 6, 2010


IT IS SO ORDERED
Judge Maria-Elena James

Freitas, McCarthy,
MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00063437.DOC      2      **PLAINTIFFS' LETTER RE: MEET AND CONFER DATE**

# PROOF OF SERVICE

I am a resident of the United States, County of Marin, over 18 years of age, and not a party to the within action. My business address is 1108 Fifth Avenue, Third Floor, San Rafael, California 94901, which is located in the County of Marin, where the service described below took place.

On the date hereon, I served the following document in a sealed envelope described as:

**PLAINTIFFS' LETTER RE MEET AND CONFER DATE**

on the interested parties in this action addressed as follows:

Warren Metlitzky
Sean F. Connolly
San Francisco Deputy City Attorney
Fox Plaza
1390 Market St., 6th Floor
San Francisco, CA  94102-5408
Attorneys for Defendants City & County of San Francisco, et al.

Robert C. Cheasty
Law Offices of Cheasty & Cheasty
P.O. Box 8357
Berkeley, CA  94707
Attorneys for Plaintiffs Jamal Jackson and Jannie Mendez

XXX   (BY MAIL)

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date hereon, at my business, the document described above was placed for deposit in the United States Postal Service, with postage fully prepaid, addressed to the person(s) as described herein; and that envelope was placed for collection and mailing on that date following ordinary business practice. Pursuant to 28 U.S.C. §1746.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on the 5 day of October 2010, at San Rafael, California.

_Debbie Sheppard_ (signature)
Debbie Sheppard

Freitas, McCarthy,
MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00063437.DOC | 3 | PLAINTIFFS' LETTER RE: MEET AND CONFER DATE