1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar # 152235
   WARREN METLITZKY, State Bar #220758
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3863 [Connolly]
   Telephone:     (415) 554-3916 [Metlitzky]
7  Facsimile:     (415) 554-3837
   E-Mail:        sean.connolly@sfgov.org
8  E-Mail:        warren.metlitzky@sfgov.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, ET AL.
10

11 MATTHEW C. MANI, State Bar #172679
   1108 Fifth Avenue, Third Floor
12 San Rafael, CA  94901
   Telephone:     (415) 456-7500
13 Facsimile:     (415) 456-0266
   E-Mail:        mmani@freitaslaw.com
14
   Thomas Keating, Jr., Esq.
15 Christian Kemos, Esq.
   Freitas, McCarthy, MacMahon & Keating
16 1108 Fifth Avenue, Third Floor
   San Rafael, CA 94901
17 Telephone:  (415) 456-7500
   Facsimile:  (415) 456-0266
18
   Attorneys for SHAWN MYERS and SARAH MYERS
19
   ROBERT CHEASTY, Esq., State Bar #85115
20 Law Offices of Cheasty & Cheasty
   1604 Solano Avenue
21 Berkeley, CA  94707
   Telephone:     (510) 525-1000
22 Facsimile:     (510) 526-3672
   E-Mail:        rcheasty@cheastylaw.com
23
   Attorneys for JACKSON and MENDEZ

AMENDED STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY & DISPOSITIVE MOTION DEADLINE.; CASE NO.  C08-01163 MEJ

1

n:\lit\li2008\080047\00697717.doc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JACKSON; JANNIE MENDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; et al.<br><br>Defendants. | Case No. C08-1916 MEJ<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER RE DEPOSITIONS AND DEADLINE FOR FILING OF DISPOSITIVE MOTION**<br><br>Trial Date:    None Set |
| SHAWN MYERS and SARAH MYERS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; et al.<br><br>Defendants. | Case No. C08-01163 MEJ<br><br>Trial Date:    Not set |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modify and Amend Magistrate Judge James' Case Management Order of January 19, 2011, to allow certain discovery to proceed and to postpone the deadline for filing of dispositive motions, and oppositions thereto.

.

The parties jointly request that the parties be allowed to take the following depositions by July 29, 2011:

- Rule 30(b)(6) deposition of San Francisco Police Department on Topics #1-6 and consistent with the limitations in the Court's October 19, 2010 Order.
- Dr. Mark Shapiro
- Dr. Mark Kimmel
- Roger Clark

AMENDED STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY & DISPOSITIVE MOTION DEADLINE.; CASE NO.  C08-01163 MEJ      2      n:\lit\li2008\080047\00697717.doc

1     • Don Cameron

2     • Dr. Charles Syers

3     • Dr. Joanna Berg

4 The parties further request that the date for filing dispositive motion be postponed until

5 August 19, 2011, or such time convenient for the Court.

6     **IT IS SO STIPULATED.**

7 Dated: May 4, 2011          DENNIS J. HERRERA
                                       City Attorney
8                                           JOANNE HOEPER
                                          Chief Trial Deputy
9                                           SEAN F. CONNOLLY
                                          WARREN METLITZKY
10                                          Deputy City Attorneys

11                                          By: _____/S/_____
12                                               SEAN F. CONNOLLY
                                          Deputy City Attorney
13
                                         Attorneys for Defendants CITY AND COUNTY OF
14                                          SAN FRANCISCO, et al.

15
Dated: May 4, 2011         LAW OFFICES OF MATTHEW C. MANNI
16
                                         By: _____/S/_____
17                                             MATTHEW C. MANI

18                                          Attorneys for Plaintiffs
19                                          SHAWN MYERS and SARAH MYERS

20

21

22 Dated: May 4, 2011         ROBERT CHEASTY, ESQ.

23
                                         By: _____/S/_____
24                                             ROBERT CHEASTY, ESQ.

25
                                         Attorneys for JAMAL JACKSON and JANNIE
26                                          MENDEZ

27

28

Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

**ORDER**

Based on the above amended stipulation, and for good cause appearing, IT IS ORDERED that the parties be permitted to take the following depositions by July 29, 2011:

- Rule 30(b)(6) deposition of San Francisco Police Department on Topics #1-6 and consistent with the limitations in the Court's October 19, 2010 Order.
- Dr. Mark Shapiro
- Dr. Mark Kimmel
- Roger Clark
- Don Cameron
- Dr. Charles Syers
- Dr. Joanna Berg

IT IS FURTHER ORDERED that the date for filing dispositive motion be postponed until August 19, 2011, or such time convenient for the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 5, 2011

THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

AMENDED STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY & DISPOSITIVE MOTION DEADLINE.; CASE NO. C08-01163 MEJ

4

n:\lit\li2008\080047\00697717.doc