```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Chief Trial Attorney
 3  SEAN F. CONNOLLY, State Bar # 152235
    WARREN METLITZKY, State Bar #220758
 4  Deputy City Attorneys
    Fox Plaza
 5  1390 Market Street, 6th Floor
    San Francisco, California 94102-5408
 6  Telephone:    (415) 554-3863 [Connolly]
    Telephone:    (415) 554-3916 [Metlitzky]
 7  Facsimile:    (415) 554-3837
    E-Mail:       sean.connolly@sfgov.org
 8  E-Mail:       warren.metlitzky@sfgov.org

 9  Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, ET AL.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JACKSON; JANNIE MENDEZ,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; et al.<br><br>    Defendants. | Case No. C08-1916 MEJ<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER MODIFYING CASE MANAGEMENT ORDER**<br><br>Trial Date:    None Set |
| SHAWN MYERS and SARAH MYERS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; et al.<br><br>    Defendants. | Case No. C08-01163 MEJ<br><br>Trial Date:    Not set |

("[PROPOSED]" shown with strikethrough)

The Court having considered the submissions, and good cause having been shown,

IT IS HEREBY ORDERED that Defendants' Administrative Motion For Order Modifying Case Management Order is granted follows:

**ORDER**

Based on the amended stipulation of the parties, and for good cause appearing, IT IS ORDERED that the parties be permitted to take the following depositions by December 15, 2011:

- Rule 30(b)(6) deposition of San Francisco Police Department on Topics #1-6 and consistent with the limitations in the Court's October 19, 2010 Order.
- Dr. Mark Shapiro
- Dr. Mark Kimmel
- Roger Clark
- Don Cameron
- Dr. Charles Syers
- Dr. Joanna Berg

IT IS FURTHER ORDERED that the date for filing dispositive motions be postponed until January 26, 2012, or such time convenient for the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 22, 2011

THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE