IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS, et al., | No. C 08-1163 MEJ |
| Plaintiffs, | **ORDER RE: REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **Re: Dkt. No. 185** |
| Defendants. / | |

The Court is in receipt of Defendants' Request for Leave to File Motion for Reconsideration, filed October 4, 2012. Dkt. No. 185. In their request, Defendants ask the Court to grant leave to file a motion for reconsideration of the Court's September 18, 2012 Order denying in part their motion for summary judgment. Defendants seek this relief based on Civil Local Rule 7-9(b)(3), arguing that there existed a manifest failure by the Court to consider material facts or dispositive legal arguments that were presented to the Court before it issued the interlocutory order.

Prior to issuing a ruling on Defendants' motion, the Court shall give Plaintiffs the opportunity to file a response. Accordingly, Plaintiffs are ORDERED to file any opposition to Defendants' motion by October 11, 2012.

**IT IS SO ORDERED.**

Dated: October 5, 2012

Maria-Elena James
Chief United States Magistrate Judge