1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   SHAWN MYERS, et al.,                          No. C 08-1163 MEJ

10              Plaintiffs,

11                                                **ORDER RE: STATUS**
        vs.

12  CITY AND COUNTY OF SAN FRANCISCO,
    et al.,

13

14              Defendants.
                                        /

15

16      The parties shall file a joint status report or dismissal by February 25, 2013.

17      **IT IS SO ORDERED.**

18

19  Dated: February 11, 2013

20                                        _____
                                          Maria-Elena James
21                                        Chief United States Magistrate Judge

22

23

24

25

26

27

28