IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS, et al., | No. C 08-1163 MEJ |
| Plaintiffs, | |
| vs. | **ORDER VACATING PENDING PRETRIAL AND TRIAL DEADLINES** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. _____/ | |

As the parties have agreed to settle this matter and the settlement is currently under review by the City, the Court VACATES all pending pretrial and trial dates.

**IT IS SO ORDERED.**

Dated: March 13, 2013

_____
Maria-Elena James
Chief United States Magistrate Judge